COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:      Texas Department of Public Safety v. Anita Johnson & Tameki Taylor

Appellate case number:    01-20-00397-CV

Trial court case number:   2017-76040

Trial court:             113th District Court of Harris County

Appellees, Anita Johnson and Tameki Taylor, have filed a motion to abate this appeal in light of the death of their counsel, Jeffrey W. Gillespie. Appellees have requested that this Court abate the appeal for a period of 180 days to allow them to retain substitute counsel and permit substitute counsel to obtain and evaluate the case file. Appellant did not file a response in opposition to the motion. We **grant** the motion.

Accordingly, we **abate** the appeal. No later than 180 days from the date of this order, appellees shall file a motion to reinstate or a report advising the Court of the status of the proceedings. If appellees do not respond as directed, the court may reinstate the appeal on its own motion or consider an appropriate motion to reinstate the appeal filed by appellant.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
                   ☒ Acting individually     □ Acting for the Court

Date: June 3, 2021